## MEMORANDUM DECISIONS

ACKER, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Isaac Acker against Wliam Scott. W. P. Maloney, for appellant. B. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AKHURST, Appellant, v. NATIONAL STARCH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Sidney Akhurst against the National Starch Company. No opinion. Judgment (64 Misc. Rep. 445, 119 N. Y. Supp. 561) affirmed, with costs.

ALLIANCE BANK, Appellant, v. ENGEL, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by the Alliance Bank against Joseph F. Engel. No opinion. Order modified, by striking out the first question, and, as so modified, affirmed, without costs of this appeal to either party.

ALTHAUS v. GIROUX CONSOL. MINES CO. SAME v. GIROUX. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Walter Althaus against the Giroux Consolidated Mines Company. Same against Giroux. No opinions. Applications granted. Order signed. See, also, 56 Misc. Rep. 508, 511, 107 N. Y. Supp. 191, 193.

ALTMAN, Respondent, v. GEIERSHOFER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Edward H. Altman against Henry Geiershofer. No opinion. Judgment and order affirmed, with costs.

ALTMAN, Appellant, v. S. LIEBMANN'S SONS BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Moses Altman against the S. Liebmann's Sons Brewing Company.
PER CURIAM. Judgment and order affirmed, with costs.
WOODWARD, J., dissents.

ANDERSON, Respondent, v. AMERICAN WOOLEN CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Edward M. Anderson against the American Woolen Company of New York. No opinion. Judgment affirmed, with costs.

ARONSON, Respondent, v. GUTTENBERG PEARL BUTTON CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Joel Aronson against the Guttenberg Pearl Button Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

ASSOCIATED TRADE PRESS CO., Appellant, v. NATIONAL FIVE, TEN and TWENTY-FIVE CENT MAGAZINE, Respondent. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by the Associated Trade Press Company against the National Five, Ten and Twenty-Five Cent Magazine. B. Chambers, for appellant. G. J. Gruenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AUB, Respondent, v. LOCK, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Albert F. Aub against Charles A. Lock. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 130 N. Y. Supp. 1104.

AUFERMAN et al., Appellants, v. SCHULTS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Walter C. W. Auferman and others against Carl R. Schults and others. J. W. Griggs, for appellants. D. Gerber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AVERILL, Appellant, v. TOOMEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by John W. Averill against Daniel F. Toomey. No opinion. Motion granted, and appeal dismissed, with costs.

BAER v. HOFFMAN. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Nathan Baer against George Hoffman. No opinion. Motion granted. Order filed.

BAER v. HOFFMAN. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Nathan Baer against George Hoffman. No opinion. Application granted. Order signed.

BALABAN v. DUGUNDJI. (Supreme Court, Appellate Term. December 22, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Theodore P. Bala-